## GROCERY DRIVERS UNION LOCAL 848 ET AL. v. SEVEN UP BOTTLING CO. OF LOS ANGELES, INC.

No. 169.   Decided May 4, 1959.

*John C. Stevenson, Clarence E. Todd* and *Herbert M. Ansell* for appellants.

*Thomas P. Menzies* and *Carl M. Gould* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is granted. The judgment of the Supreme Court of California is vacated and the cause remanded for modification in light of *San Diego Building Trades Council* v. *Garmon, ante,* p. 236.

THE CHIEF JUSTICE took no part in the consideration or decision of this case.